# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LAUQUASIA LEE, etc., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 21-0338-WS-MU |
| RITTER'S CRITTERS, INC., etc., | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the parties' settlement agreement, (Doc. 28), which the Court has found to be fair and reasonable, (Doc. 29), the plaintiff shall have and recover from the defendant the sum of $2,450.00 as back wages and $8,000.00 as payment for attorney's fees and expenses.

Pursuant to the parties' request, this action is **dismissed with prejudice**, each party to bear its own costs.

DONE this 29th day of April, 2022.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE